**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DAVID L. MARTIN,** | ) | **CASE NO. 1:17CV2554** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| vs. | ) | |
| | ) | |
| **NANCY A. BERRYHILL,** | ) | **ORDER** |
| *Acting Comm'r of Soc. Sec.,* | ) | |
| | ) | |
| **Defendant.** | ) | |

**CHRISTOPHER A. BOYKO, J:**

On December 8, 2017, Plaintiff filed a Complaint pursuant to Title 42 U.S.C. § 405(g) and 42 U.S.C. § 1383(c)(3). (ECF #1). The Court referred this matter to Magistrate Judge David A. Ruiz pursuant to Local Rule 72.2. On January 14, 2019, the Magistrate Judge recommended affirming the Commissioner's decision which denied Plaintiff's applications for disability insurance benefits and supplemental security income. (ECF #12). Due to the Federal Government shutdown, this Court extended the period for Objections to the Report and Recommendation to February 22, 2019. Plaintiff has not filed an objection.

Federal Rule of Civil Procedure 72 provides that objections to a report and recommendation must be filed within fourteen days after service. FED. R. CIV. P. 72(b). This

-1-

Court extended that deadline *sua sponte* due to the Federal Government shutdown. Plaintiff has failed to file any such objections. Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be duplicative and an inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd* 474 U.S. 140 (1985); *Howard v. Sec'y of Health & Human Serv.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

Therefore, Magistrate Judge Ruiz's Report and Recommendation is **ADOPTED** and the Commissioner's decision is **AFFIRMED**.

**IT IS SO ORDERED.**

 **s/ Christopher A. Boyko**
**CHRISTOPHER A. BOYKO**
**United States District Judge**

**Dated: February 26, 2019**